PEOPLE, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Proceedings by the People of the State of New York against John Barrett. No opinion. Judgment of the County Court of Suffolk county affirmed.

PEOPLE v. CLARK. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Proceedings by the People of the State of New York against William Clark. No opinion. Motion granted. Order filed.

PEOPLE v. FORGOTSON. SAME v. LEWIS. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Proceedings by the People of the State of New York against L. George Forgotson and against Chas. E. Lewis. No opinions. Motions denied, on condition that appellants have appeals ready for February term. Orders filed.

PEOPLE v. FRECANDESE. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Proceedings by the People of the State of New York against Alberto Frecandese. No opinion. Motion granted. Order filed.

PEOPLE, Appellant, v. INMAN, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Proceedings by the People of the State of New York against Horace Inman.
PER CURIAM. Judgment and order affirmed, with costs.
SMITH, P. J., and COCHRANE, J., dissent.

PEOPLE v. JACOBS. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Proceedings by the People of the State of New York against Arthur D. Jacobs. No opinion. Motion granted. Order filed.

PEOPLE, Appellant, v. KNICKERBOCKER TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Proceedings by the People of the State of New York against the Knickerbocker Trust Company.
PER CURIAM. Motion denied. See, also, 127 App. Div. 215, 217, 111 N. Y. Supp. 2.
HIRSCHBERG, P. J., not voting.

PEOPLE v. McMANUS. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Proceedings by the People of the State of New York against John McManus. No opinion. Motion denied on terms stated in order. Order filed.

PEOPLE, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Proceedings by the People of the State of New York against Charles C. Moore. C. E. Le Barbier, for appellant. R. S. Johnstone, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. SHANLEY. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Proceedings by the People of the State of New York against Victor Shanley. No opinion. Motion granted, unless appeal be ready for March term. Settle order on notice.

PEOPLE ex rel. AMERICAN MFG. CO., Respondent, v. O'DONNELL et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of the American Manufacturing Company, against Frank A. O'Donnell and others, as commissioners of taxes and assessments, etc. (taxes of 1904 and 1905). No opinion. Final order affirmed, with costs.

PEOPLE ex rel. AMERICAN MFG. CO., Respondent, v. WELLS et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of the American Manufacturing Company, against James L. Wells and others, as commissioners of taxes and assessments, etc. (taxes of 1903). No opinion. Final order affirmed, with costs.

PEOPLE ex rel. BROOKLYN COOPERAGE CO. v. McDONOUGH et al. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Proceedings by the People of the State of New York, on the relation of the Brooklyn Cooperage Company, against John McDonough and others. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. CUNNINGHAM et al., Respondents, v. FEITNER et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of Mary H. Cunningham and others, against Thomas L. Feitner and others, as commissioners of taxes and assessments, etc. (taxes of 1899, 1900, and 1901). No opinion. Final order affirmed, with costs.

PEOPLE ex rel. CUNNINGHAM et al., Respondents, v. WELLS et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of Mary H. Cunningham and others, against James L. Wells and others, as commissioners of taxes and assessments, etc. (taxes of 1902). No opinion. Final order affirmed, with costs.